THE PEOPLE, ex rel. THE ULSTER & DELAWARE RAILROAD COMPANY, Respondent, *v.* CHARLES SMITH et al., Appellants.

An order of reference in proceedings by *certiorari* under the act of 1880 (Chap. 269, Laws of 1880), to review and correct an alleged illegal, erroneous or unequal assessment, or an order refusing to set aside such an order of reference, is not reviewable here ; neither order is final, nor does it affect a substantial right, within the meaning of the Code of Civil Procedure, § 190.

(Argued May 3, 1881 ; decided May 13, 1881.)

THIS was an appeal from an order of General Term, which affirmed two orders of Special Term, one of which appointed a referee to take testimony, etc., in proceedings by *certiorari* under the act chapter 269, Laws of 1880, to review and correct an alleged illegal and unequal assessment ; the other denied a motion to set aside such order of reference. (Reported below, 24 Hun, 66.)  *Held*, as above.

*A. Schoonmaker* for appellants.

*S. L. Stebbins* for respondent.

*Per Curiam.*  Opinion for dismissal of appeal.
All concur.
Appeal dismissed.

---

RICHARD McMICHAEL, Respondent, *v.* CHAUNCEY KILMER, Appellant.

(Submitted May 3, 1881 ; decided May 13, 1881.)

REPORTED below (20 Hun, 176).

*A. Pond* for appellant.

*John R. Putnam* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.